**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 1 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| ERIC WISE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **12 1880** |
| ) | |
| CHARLES E. SAMUELS, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint.[1] The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in *Wise v. Samuels*, No. 12-1591 (RC), and it will be dismissed as duplicative.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

United States District Judge

DATE: October 28, 2012

---

[1] For purposes of this Memorandum Opinion, the Court has considered the application to proceed *in forma pauperis* submitted with the instant complaint along with the prisoner trust fund account statement submitted with the complaint in Civil Action No. 12-1591.